FILED

AUG 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tonette L. Vazquez
460 Grand Avenue #318
Oakland CA 94610

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHAD WOLF, Acting Secretary,<br>Department of Homeland Security<br>(Transportation Security Administration),<br><br>Defendant | Case No.: 3:18-cv-07012-JCS<br><br>TONETTE VAZQUEZ OPPOSITION TO PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |

I, Tonette Vazquez submit this opposition to the proposed order granting motion to withdraw as counsel of record for plaintiff for reasons: I do not understand everything that was on the documents that I am now responding to. However, I object to the Attorneys leaving me without representation as I need to be represented. I will explain further when I am in front of you on the upcoming court day. However, if the court releases my Attorneys from representing me, I request the court appoints new Attorneys to represent me with my case.
3:18-cv-07012-JCS

Dated: July 21, 2020

3:18-cv-07012-JCS

Respectfully Submitted,

*[signature]*

Tonette L. Vázquez

- 1 -