UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAD WOLF,<br><br>　　　　Defendant. | Case No. 18-cv-07012-JCS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 101 |

For the reasons stated on the record at the August 21, 2020 hearing—including the portion of the hearing conducted ex parte and under seal—the motion by Dechert LLP and individual attorneys at that firm to withdraw as counsel for Plaintiff Tonette Vazquez is GRANTED. Dechert LLP is ORDERED to provide its files on the case to Vazquez no later than September 8, 2020, and to accept service and forward new filings in the case to Vazquez on an ongoing basis pursuant to Civil Local Rule 11-5(b) unless and until either: (1) Vazquez appears pro se and confirms to Dechert LLP that she is receiving electronic service of new filings via ECF; or (2) new counsel appears on her behalf.[1]

**IT IS SO ORDERED.**

Dated: August 31, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

---

[1] The parties have consented to the undersigned magistrate judge presiding over the case for all purposes pursuant to 28 U.S.C. § 636(c).