UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHAD WOLF,<br><br>　　　　Defendant. | Case No. 18-cv-07012-JCS<br><br>**ORDER GRANTING REQUEST FOR TRANSCRIPT AT NO COST**<br><br>Re: Dkt. No. 114 |

Plaintiff Tonette Vazquez, proceeding pro se and in forma pauperis, requests waiver of fees for a transcript of the hearing that occurred on December 4, 2020. That request is GRANTED. The Clerk shall provide a transcript to Vazquez at no cost.

Vazquez has shown no basis for urgency, and no deadlines are imminent. The Clerk shall therefore produce the transcript in the normal course, no later than thirty days from the date of this order.

**IT IS SO ORDERED.**

Dated: January 5, 2021

JOSEPH C. SPERO
Chief Magistrate Judge