UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS,<br><br>　　　　Defendant. | Case No. 18-cv-07012-JCS<br><br>**ORDER DENYING PLAINTIFF'S MOTION**<br><br>**ORDER SETTING EVIDENTIARY HEARING ON DEFENDANT'S MOTION**<br><br>Re: Dkt. Nos. 126, 131 |

Plaintiff Tonette Vazquez, pro se, moves for an extension of time and for appointment of counsel. Dkt. 131. That motion is DENIED for the reasons stated in the Court's March 3, 2021 order (dkt. 125) denying a similar motion.

The Court hereby notifies the parties that, in addition to legal argument, an evidentiary hearing on Defendant's motion to enforce a purported settlement (dkt. 126) will occur on May 28, 2021 at 9:30 AM via Zoom, beginning with Plaintiff's testimony and cross-examination by defense counsel. The Court will determine after the conclusion of that testimony whether to call additional witnesses on a later date.[1]

**IT IS SO ORDERED.**

Dated: May 17, 2021

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to a magistrate judge presiding over the case for all purposes pursuant to 28 U.S.C. § 636(c).