1  Your Name: Tonette L. Vazquez
2  Address: 460 Grand Avenue #318 Oakland, CA 94610
3  Phone Number: (510) 485-8497

6  Pro Se

**FILED**
MAY 14 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka

TONETTE L. VAZQUEZ )  Case Number: 3:18-CV-07012-JCS
                   )
                   )  [Check box for party submitting statement]:
     Plaintiff,    )
                   )  ☒ Plaintiff's      ☐ Defendant's
     vs.           )
ALEJANDRO MAYORKAS, Secretary )  CASE MANAGEMENT STATEMENT
Department of Homeland Security )
(Transportation Security Administration) )  DATE: May 28, 2021
                   )  TIME: 9:30 AM
                   )  JUDGE: Hon. Joseph C. Spero
                   )
                   )
     Defendant.    )

28  [See the Instructions for more detailed information about how to complete this template.]

CASE MANAGEMENT STATEMENT; CASE NO.: 3:18-CV-07012-JCS
PAGE NO. 1 OF 8   [JDC TEMPLATE – Rev. 05/17]

### 1. JURISDICTION
*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☒ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* 28 U.S.C. § 1331  Title VII

☐ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

### 2. SERVICE
*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| Alejandro Mayorkas, Secretary Department of Homeland Security | 12-18-2018 | ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| (Transportation Security Administration) | | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

☐ Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.

### 3. FACTS
*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

I (Tonette L. Vazquez, PRO SE) suffered discrimination on the basis of my race, color and national origin; discrimination on the basis of my sex; retaliation; and hostile work environment during my employment with Defendant, in Violation of Title VII of the Civil Rights Act 1964 ("Title VII"). I am an African-American Latino Breastfeeding mother. I started working at Transportation Security Administration (TSA) on September 23, 2012. During November 11, 2013 through February 9, 2013 I was on TSA approved maternity leave, I was discriminated against on the basis of my sex, race, color, and national origin. (PLEASE SEE ATTACHED PAGE FOR FACTS)

Facts Continued from page #2:

*Footnotes

*Use this page if you need additional space for any Section. Be sure to write the Section number.*

For example your Honor, I was not permitted to use the bathroom nor express milk for my baby until I asked and received permission to do so. However, TSA male workers **Did Not** have to notify our same Supervisors for a bathroom, medical, or numerous cigarette breaks. I was not permitted to be transferred to TSA Head Quarters at the Oakland, California Oakport Office while I was pregnant, but other pregnant employees that was not of my race, color, or national origin were routinely permitted to do so. You Honor, I was regularly subjected to constant interruptions while expressing my milk for my baby, and I was harassed and bullied by my coworkers constantly. Despite lodging internal complaints regarding the **hostile** work environment that surrounded me and initiating my **EEO** complaint on June 30, 2014, by doing this, this intensified the harassment, **hostile** work environment, and bullying towards me worst due to retaliation by my Supervisors. On July 25, 2014, I suffered a **stressed** induced (**uncontrolled electrical activity** in my **brain cells**), while on the Job after another episode of harassment and bullying and I was taken away by an ambulance, which forced me to take medical leave. I received notice from TSA of my termination on August 28, 2014, while I was on medical leave.

\* — Phoned Defendants —

I phoned Defendants on, May 10, 2021 at 9:40 AM. I introduced myself to "Adrienne Zack" on the (415) 436-7073 number provided on Defendants Court documents to me. I named all defendants who I was phoning for (Stephanie Hinds, Sara Winslow, and Wesley Samples but Adrienne said, "This is not their number but I can take a message." I said, "Hello again my name is Tonette Vazquez (I spelled my name too) I will submit my case management conference statement seperatley." The message person Adrienne started to ask me questions. I then said, "This is all that I can provide for you Thank you, have a great day."

CASE MANAGEMENT STATEMENT; CASE NO.: 3:18-CV-07012-JCS
PAGE NO. 3 OF 8    [JDC TEMPLATE – Rev. 05/17]

### 4. LEGAL ISSUES

*Briefly explain the laws the Plaintiff says the Defendant violated.*

The Defendant is liable under Title VII of the Civil Rights Act of 1964, for Discrimination on the basis of race, color, and national origin; discrimination on the basis of sex; retaliation; and Hostile work environment.

### 5. MOTIONS

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| Tonette L. Vazquez | Court Appoint Counsel | Pending |
| Tonette L. Vazquez | Court Extend Time | Pending |

☐ Check box if there are more motions and add a page at the end with additional information.

### 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* __Tonette L. Vazquez__

    ☒ does not plan to amend the Complaint.

    ☐ plans to amend the Complaint by *[date]* _____

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

\\

\\

### 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party [name] __Tonette L. Vazquez__ has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☒ plans to do the above by [date] __June 30, 2021 ?__

☐ Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.

### 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☒ Parties have sent each other Initial Disclosures. __Tonette L. Vazquez Hand delivered Initial Disclosures to Defendant on, May 16, 2019.__

☐ Parties have not yet sent each other Initial Disclosures, but agree to exchange them by [date] _____

### 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

As previously stated, I have served my respective Initial Discovery pursuant to General Order No. 71. Beyond this initial discovery, there has been no other discovery. At this time, Plaintiff propose no limitations or modifications of the discovery rules, including the 25-interrogatory limit under Fed. R. Civ. P. 33 and the 10 deposition limit under Fed. R. Civ. P. 30. Written Discovery, Production discovery, and Deposition Discovery needs to continue. I do not think any restriction needs to be made to discovery.

### 10. CLASS ACTIONS

Not applicable.

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☒ is not aware of any related cases.

☐ is aware of related cases *[list cases]*: _____

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

I am requesting the following relief:
Equitable relief including front pay and Back pay;
Compensatory damages;
Costs and Attorneys' fees permitted by law;
Pain and Suffering;
Any other relief the court deems proper.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☒ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☒ Settlement conference with a magistrate judge

☐ Mediation

☐ Other _____

Information needed: Please understand that, I need an attorney(s) to assist me with my entire documents and court case.

CASE MANAGEMENT STATEMENT; CASE NO.: 3:18-CV-07012-JCS
PAGE NO. 6 OF 8    *[JDC TEMPLATE – Rev. 05/17]*

### 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* __Tonette L. Vazquez__

    ☒ does consent to a magistrate judge.

    ☐ does **not** consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

~~[scribbled out]~~   NOT AT THIS TIME.

### 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☒ Not applicable. I don't understand this part either.

☐ Issues that can be resolved by agreement: _____

☐ Issues that can be resolved by motion: _____

### 17. EXPEDITED TRIAL PROCEDURE

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

### 18.   SCHEDULING

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☒ Agree to have Court set deadlines.

☐ Proposed deadlines:

During June, July, and up to Aug. 20, 2021 I will have different days not available for me to attend Hearings.

I need the help of an Attorney(s).

CASE MANAGEMENT STATEMENT; CASE NO.: 3:18-CV-JCS
PAGE NO. 7 OF 8      *[JDC TEMPLATE – Rev. 05/17]*

### 19. TRIAL
*Check the box that applies and estimate how long the trial will last.*

☒ This case will be tried by a jury. The trial is expected to last __?__ days.
*I am unsure what to write here because I don't understand my court process nor my court paperwork.*

☐ This case will be tried by a judge. The trial is expected to last ____ days.

### 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES
*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

### 21. OTHER MATTERS
*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

Not at this time.

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: May 13, 2021          Sign Name: Jonette F. Vazquez
                            Print Name: Jonette Vazquez
                                        *Pro se*

CASE MANAGEMENT STATEMENT; CASE NO.: 3:18-CV-07012 JCS
PAGE NO. 8 OF 8   [JDC TEMPLATE – Rev. 05/17]

**Justice Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Tonette Vazquez v. Alejandro Mayorkas, Secretary, Department of Homeland Security (Transportation Security Administration)

2. **Case Number:** 3:18-cv-07012-JCS

3. **What documents were served?** Case Management Statement (8) pages

4. **How was the document served?** [check one]
   - [X] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   Stephanie Hinds, Sara Winslow, and Wesley Samples
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102-3495

6. **When were the documents sent?** May 13, 2021

7. **Who served the documents?** [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Tonette Y. Vazquez*
   Name: Tonette Vazquez
   Address: 460 Grand Ave #318
   Oakland, CA 94610

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*