UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ, | Case No. 18-cv-07012-JCS |
| Plaintiff, | |
| v. | **ORDER FURNISHING TRANSCRIPT** |
| | Re: Dkt. No. 106 |
| ALEJANDRO MAYORKAS, | |
| Defendant. | |

The Court has ordered that the ex parte proceedings that occurred on August 21, 2020 are UNSEALED (*see* ECF 136). The court reporter is directed to prepare the transcript of the August 21, 2020 hearing on the Motion to Withdraw as Attorney of Record for Plaintiff (*see* ECF 106) in this case on the following basis:

(X) Ordinary (within 30 days @ $3.65 per page).

( ) 14-Day (within 14 days @ $4.25 per page).

( ) Expedited (within 7 days @ $4.85 per page).

( ) Daily (overnight @ $6.05 per page).

The Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

The court reporter shall file the transcript in the public record. The Clerk shall thereafter serve a copy of the transcript on Ms. Vazquez by mail and file proof of service.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge