UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS,<br><br>    Defendant. | Case No. 18-cv-07012-JCS<br><br>**ORDER GRANTING MOTION FOR TRANSCRIPTS**<br><br>Re: Dkt. No. 151 |

Plaintiff Tonette Vazquez, proceeding pro se and in forma pauperis, moves for copies of transcripts of four proceedings in this case, which occurred on the following dates: June 23, 2020; August 21, 2020; December 4, 2020; and May 28, 2021. *See* Mot. (dkt. 151). Two of those transcripts—for proceedings on August 21, 2020 and December 4, 2020—have already been prepared and served on Ms. Vazquez. *See* dkts. 117, 148. As a one-time courtesy, the Clerk is instructed to mail Ms. Vazquez additional copies of those transcripts.

The Court finds that transcripts of the June 23, 2020 and May 28, 2021 transcripts are necessary for Ms. Vazquez to respond to Defendant's motion to enforce a purported settlement. Her motion for transcripts of those proceedings at no cost is therefore GRANTED.

For the June 23, 2020 settlement conference (dkt. 97), Defendant has already had a transcript prepared by a private stenographer. *See* Samples Decl. (dkt. 126-1) Ex. A. In an abundance of caution, however, the Court finds that a transcript prepared by a court reporter on the panel of this district is appropriate to create an authoritative record. The court reporter is directed to prepare the transcript of the on-the-record portion[1] of the June 23, 2020 settlement in this case

---

[1] The Court notes that only the final portion of the settlement conference in which the purported settlement was placed on the record is available. The parties' negotiations preceding that portion of the conference were not on the record and were not recorded, and thus cannot be transcribed.

on the following basis:

    ( ) Ordinary (within 30 days @ $3.65 per page).

    ( ) 14-Day (within 14 days @ $4.25 per page).

    (X) Expedited (within 7 days @ $4.85 per page).[2]

    ( ) Daily (overnight @ $6.05 per page).

As for the May 28, 2021 evidentiary hearing, Defendant already ordered a copy of that transcript, which has already been prepared. *See* dkt. 153. Under the Court's policies, however, that transcript cannot be furnished to Ms. Vazquez before September 30, 2021 unless the court reporter is paid for an additional copy. The Court finds that such a copy is necessary and warrants payment of that fee by the Clerk. The court reporter is directed to furnish a copy to Ms. Vazquez on the following basis:

    ( ) Ordinary (within 30 days @ $0.90 per page).

    ( ) 14-Day (within 14 days @ $0.90 per page).

    (X) Expedited (within 7 days @ $0.90 per page).

    ( ) Daily (overnight @ $1.20 per page).

The Clerk is directed to pay said reporter the cost of preparing or furnishing the transcripts at the rates indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

The court reporter shall file proof of service upon furnishing these transcripts to Ms. Vazquez.

**IT IS SO ORDERED.**

Dated: August 20, 2021

                                            JOSEPH C. SPERO
                                            Chief Magistrate Judge

---

[2] An expedited rate is appropriate because, based on the privately-prepared transcript currently in the record, the transcript is likely to be only approximately four pages long. The minimal additional cost is therefore outweighed by the interest in moving forward with the case and providing Ms. Vazquez with ample time to prepare for the next hearing.