UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br><br>Defendant. | Case No. 18-cv-07012-JCS<br><br>**ORDER TO FURNISH TRANSCRIPT** |

Plaintiff Tonette Vazquez, proceeding pro se and in forma pauperis, requested on the record at the August 20, 2021 hearing and case management conference a transcript of that proceeding. The Court finds that a transcript is warranted to allow Ms. Vazquez to pursue an appeal. The court reporter is directed to prepare the transcript of the August 20, 2021 hearing and case management conference on the following basis:

(X) Ordinary (within 30 days @ $3.65 per page).

( ) 14-Day (within 14 days @ $4.25 per page).

( ) Expedited (within 7 days @ $4.85 per page).

( ) Daily (overnight @ $6.05 per page).

The Court finds that Ms. Vazquez cannot afford to pay for the transcript. The Clerk is directed to pay said reporter the cost of preparing or furnishing the transcript at the rates indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

The court reporter shall file proof of service upon furnishing this transcript to Ms. Vazquez.

**IT IS SO ORDERED.**

Dated: August 20, 2021

JOSEPH C. SPERO
Chief Magistrate Judge