# United States District Court
## Northern District of California
### San Francisco Division

Tonette L. Vazquez (pro se)
460 Grand Avenue #318
Oakland, CA 94610
(510) 485-8497
   Plaintiff

**FILED**
AUG 31 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tonette L. Vazquez<br>   Plaintiff,<br><br>V.<br><br>Alejandro Mayorkas, Secretary,<br>Department of Homeland Security<br>(Transportation Security Administration)<br>   Defendant. | Case No: 3:18-cv-07012-JCS<br>Plaintiff's Opposition to Evidentiary Hearing on: October 19, 2021 8:30 AM. Requesting a Complete Correction to all transcripts requested by Plaintiff and received by Plaintiff.<br>Time: 8:30 AM<br>Date: October 19, 2021<br>The Honorable Joseph C. Spero |

Case No: 3:18-cv-07012-JCS Plaintiff's Opposition to Evidentiary Hearing On: October 19, 2021 8:30 AM. Requesting a complete Correction to all transcripts requested by plaintiff and received by plaintiff.

Page (1)

On August 20, 2021 I was not provided fair treatment from the Court. On August 20, 2021 I was forced into an evidentiary hearing by the Court on October 19, 2021.

The Court knows that I am representing Myself; I am not capable of representing Myself due to, incompetence of court case understanding and procedures.

(Please provide me representation for my court case and this is my request again to the courts.)

I was not considered as the court considered the Defendant. The Court told me to, <u>Shush</u> "Means to be quiet", The Court does Not say Shush to the Defendant.

Case No: 3:18-CV-07012-JCS plaintiff's Opposition to Evidentiary Hearing on: October 19, 2021 8:30Am. Requesting a complete correction to all transcripts requested by plaintiff and received by plaintiff.

Page (2)

Please provide correction to the transcripts listed below and including the correction of my name that continues to be misspelled. My Name is, Tonette L. Vazquez.

There are obviously many sections missing conversation during hearings in the transcripts as well as, spelling and words that looked as if they were put in, in some areas. Transcripts are:

Hearing on August 21, 2020 Document 148 by Jo Ann Bryce (?)
Hearing on May 28, 2021 Marla F. Knox (?)
Hearing on June 23, 2020 Peggy Schuerger What happened to complete recorder of conversation(?)
Hearing on December 04, 2020 Peggy Schuerber (?) Document 117?

I need all transcripts to be corrected as well as releasing full and complete conversations in Hearings so that I can use in my Appeals case.
*I still have not received transcript from Hearing on August 20, 2021.*
- On June 23, 2020 Hearing Mrs. Peggy Schuerger did spelling name correctly. On Document 117 December 04, 2020.
- On the May 28, 2021 Hearing Mrs. Marla did spell my name correctly.

Case No: 3:18-cv-07012-JCS Plaintiff's Opposition to Evidentiary Hearing on: October 19, 2021 8:30AM. Requesting a complete correction to all transcripts requested by plaintiff and received by plaintiff.

Page (3)

→ → →

Please give me a fair chance.

Signature: *Tonette J. Vazquez*  Name: Tonette L. Vazquez
Date: 08/31/2021

Case No: 3:18-CV-07012-JCS Plaintiff's Opposition to Evidentiary Hearing on: October 19, 2021 8:30AM. Requesting a complete Correction to all transcripts requested by plaintiff and received by plaintiff.

Page (4)

# Certificate of Service

Case Name: Tonette Vazquez V. Alejandro Mayorkas
Case Number: 3:18-cv-07012-JCS

I served document(s) about: Plaintiff ~~Opposing~~ Opposition to the Evidentiary Hearing on October 19, 2021 at 8:30 AM and request of Complete correction to all transcripts.

How many pages: (4) Front and back pages.

Documents were Served by:
☒ U.S. Mail → Defendants
☒ Hand-delivered → U.S District Court Northern San Francisco, CA
☐ Sent for delivery (e.g. FedEx, UPS)
☐ Sent by Fax (if other party agreed to receive service by fax)

I sent documents to:
U.S. Department of Justice United States Attorney's Office Northern District of California 450 Golden Gate Ave. P.O. Box 36055 San Francisco, CA 94102

I served documents on: Date: 08/31/2021

I declare under penalty of perjury under the Laws of the United States that the foregoing is true and correct.
Signature: *Tonette L. Vazquez*   Name: Tonette L. Vazquez
Address: 460 Grand Avenue #318 Oakland, CA 94610

Certificate of Service