United States District Court
Northern District of California
San Francisco Division

Tonette L. Vazquez (Prose)
460 Grand Avenue #318
Oakland, California 94610
 Plaintiff

Tonette L. Vazquez
 Plaintiff

V.

Alejandro Mayorkas, Secretary,
Department of Homeland Security
(Transportation Security Administration)
 Defendant.

FILED
SEP 20 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Case No: 3:18-cv-07012-JCS
Plaintiff's Motion For court to Appoint Plaintiff Council, Motion to reschedule Hearing Evidentiary Hearing on October 19, 2021 at 8:30, and Incorrect Hearing transcripts Motion.

Time: 8:30 AM
Date: October 19, 2021
The Honorable
Joseph C. Spero

Motion For court to appoint Plaintiff Council, Motion to reschedule Evidentiary Hearing on October 19, 2021 at 8:30AM, and Incorrect Hearing transcripts Motion.
 page ① Case No. 3:18-cv-07012-JCS

~~I am~~ I am asking again and I am hoping that this is the correct way to Make a Motion for Incorrect Transcripts. I am Making a motion that all incorrect Hearing transcripts be Completely Corrected and resent to me via Mail. I noticed that a lot of Conversation was missing from Hearing transcripts that I requested to be Sent to me Via Mail by courts and ~~be~~ all Fees be Waived. I also noticed that the Hearings Court transcripts also had typos and Cut offs of Conversations during the beginning, middle, and ends of conversations. I would like to have all Hearing transcripts looked over Carefully and resent to me with corrections made and all fees waived please, so that I Can have the Correct information so that I can proceed in ~~My~~ Appeals Case with the United States Court of Appeals for the Ninth Circuit in San Francisco California.

My address is:

Tonette L. Vazquez
460 Grand Avenue #318
Oakland, CA 94610

Motion For court to appoint Plaintiff Council, Motion to reschedule Evidentiary Hearing on October 19, 2021 at 8:30AM, and Incorrect Hearing transcripts Motion.

page ② Case No. 3:18-cv-07012-JCS

I am Making a motion for the Court to appoint me Council. I have already expressed to the Court that I have a learning disability and that I am Incapable of representing myself in My Case. I cannot afford an attorney. Having young children, the Coronavirus restrictions does not make my Court Situation easier either.

Motion For court to appoint plaintiff Council, Motion to reschedule Evidentiary Hearing on October 19, 2021 at 8:30am, and Incorrect Hearing transcripts Motion.

Page ③  Case No. 3:18-cv-07012-JCS

I am making a motion to the court to reschedule The Evidentiary Hearing on, October 19, 2021. I have a learning disability that renders me incompetent to understand the process of an Evidentiary Hearing and my case on what do I do or say? Also, my dates with my appeals case.

I declare under penalty of perjury under the Laws of the United States that the Foregoing is true and correct.

Name: Tonette L. Vazquez        September 17, 2021
Signature: Tonette L. Vazquez

Motion For court to appoint Plaintiff Council, Motion to reschedule Evidentiary Hearing on October 19, 2021 at 8:30AM, and Incorrect Hearing transcripts motion.

page ④   Case No. 3:18-cv-07012-JCS

## Certificate of Service

Case Name: Tonette Vazquez V. Alejandro Mayorkas
Case Number: 3:18-cv-07012-JCS

I served document(s) about: Incorrect Hearing Transcripts, Motion to Appoint me Council for My Case, Reschedule Evidentiary Hearing Motion.

How many pages: 4 Pages

Documents were Served by:
- [X] U.S. Mail to Defendants
- [X] Hand-delivered ~~Manu Darem~~ Office of The clerk U.S. District Court S.F. 450 Golden Gate Ave San Francisco, CA 94102
- [ ] Sent for delivery (e.g. FedEx, UPS)
- [ ] Sent by Fax (if other party agreed to receive service by fax)

I sent documents to: U.S. Department of Justice United States Attorney's Office Northern District of California 450 Golden Gate Ave P.O. Box, 36055 San Francisco, California

I served documents on: Date: 09/17/2021

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Signature: *Tonette S. Vazquez* Name: Tonette L. Vazquez
Address: 460 Grand Ave. #318 Oakland, California 94610

Certificate of Service

RECEIVED

2021 SEP 17 P 2:55

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

RECEIVED

2021 SEP 17 P 2:55

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Tonette Latina Vazquez, Propria Persona

Name(s) of counsel (if any):

Address: 460 Grand Avenue Apartment #318, Oakland, CA 94610

Telephone number(s): 510-485-8497

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Alejandro Mayorkas, Secretary, Department of Homeland Security (Transportation Security Administration) Defendant.

Name(s) of counsel (if any):

Stephanie M. Hinds (CABN 154284)
Sara Winslow (DCBN 457643)
J. Wesley Samples (CABN 321845)

Address: 450 Golden Gate Avenue, Box 36055 San Francisco, CA 94102-3495

Telephone number(s): (415) 436-7073

Email(s): Wes.Samples@usdoj.gov

To list additional parties and/or counsel, use next page.

Feedback or questions about this form? Email us at

 

Form 6    1    Page 2    New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the `All Opening Briefs` brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: `September 20, 2021; October 18, 2021; November 9, 2021.`

3. The brief's first due date was: `09/20/2021; 10/18/21; 11/9/2021`

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   `I have been doing my best to understand Appeals court. I explained on page 1 of form 14. I am not getting adequate answers from District Court per my request, my learning disability, me unable to represent myself, my need for Appeals court to appoint me council, my young children, and the covid-19 restrictions. I have attached another page about, I am very confused with Appeals court dates.`

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   `I do not know their position`

6. ☐ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain: `I am unsure.`

7. ☐ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

Signature `Dmitri J. Vargas`   Date _____

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 14                               3                ③ Page              New 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s):** NO. 21-16026

**Case Name:** Vazquez V. Mayorkas

**Requesting Party Name(s):** Tonette L. Vazquez

**I am:**
- ● The party requesting the extension.
- ○ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☒ Other (*you must describe the document*)

  I do not understand all court dates & packages for Appeals court.

**The requested new due date is:** March 21, 2022

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

The District court has not properly and adequately answered my request concerning copies of my transcripts of hearings request. I have a learning disability that renders me incompetent to understand the process of representing myself. I am in need of legal representation for my case and I cannot afford an attorney. In addition, I have several young children to care for and additionally complying with the coronavirus restrictions.

**Signature:** /s/ Tonette L. Vazquez    **Date:** 09/17/2021

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 14    1    New 12/01/2018

(4) page

Additional page to my motion to appeals court dated 9/17/2021.

I have received Packages on: June 18, 2021; September 13, 2021 all of this is very confusing and beyond my understanding There are many different Briefs and due on many different dates. I am reaching out to get help. I would like to ask for the Appeals court to Provide me and appoint me council for my court case. I am unable to represent myself, I have a disability with and in learning, and I cannot afford an attorney.

Tonette L. Vazquez
9/17/2021 Tonett L Vazquez

page 5

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 29. Request for Docket Sheet, Document, or Rules

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form29instructions.pdf*

**9th Cir. Case Number(s)** | NO. 21-16026

**Case Name** | NO. 3:18-CV-07012-JCS

What are you requesting?

☑ A copy of the Federal Rules of Appellate Procedure and 9th Circuit Rules

☐ A copy of the 9th Circuit docket sheet

☐ A copy of the following document(s) on the 9th Circuit docket:

| Date and/or Docket Entry # | Description of Document |
|---|---|
|  |  |
|  |  |
|  |  |

**Your Name** | Tonette L. Vazquez

**Your mailing address**

460 Grand Ave #318

**City** Oakland  **State** CA  **Zip Code** 94610

**Prisoner Inmate or A Number (if applicable)**

**Signature** Tonette S. Vazquez  **Date** September 16, 2021

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 29   ① Page  *New 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for paper filling

| D.C. No. & 9th Cir. Case Number(s) | No. 21-16026 |
|---|---|
| | 3:18-cv-07012-JCS |

| Case Name | VAZQUEZ v. MAYORKAS |
|---|---|

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the

① Form(s) ~~attached~~ 1 additional page as an attachment.

② Form(s) 6.; 25.; 29.; (14.; 3 pages)    ⑤ (5) Pages Attached

and any attachments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: Tonette Latina Vazquez    Date Executed on: 09/17/2021

| Name(s) of Parties Served | | Date Served |
|---|---|---|
| U.S. Department of Justice ~~United States Attorney's Office~~ Northern District of California | 450 Golden Gate Ave P.O. Box 36055 San Francisco, California 94102 | 09/17/2021 |
| Office of the Clerk United States District Court | 450 Golden Gate Avenue San Francisco, California 94102 | 09/17/2021 |

RECEIVED

2021 SEP 17 P 2: 54

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

## DROP BOX FILING INFORMATION CARD

Please complete the following information and insert this card in window of drop box pouch:

1. Case Number: 3:18-CV-07012-JCS
2. Short case title: Vazquez V. MAyorkas
3. This is pouch number: Dark Blue of Pouch No number pouches.
4. Check enclosed: ☐ Yes  ☒ No
5. Print your name: Tonette L. Vazquez
6. Name of messenger service (or firm) _____
   Phone number: (510) 485-8497

2 Packets = 11 pgs

RECEIVED
2021 SEP 17 P 2: 56
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.