|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 16 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TONETTE L. VAZQUEZ,

       Plaintiff-Appellant,

 v.

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security (Transportation Security Administration),

       Defendant-Appellee.

No. 21-16624

D.C. No. 3:18-cv-07012-JCS
Northern District of California,
San Francisco

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

     On September 21, 2021, the district court entered an order that denied appellant's motions to correct the transcripts, to appoint counsel, and to continue the evidentiary hearing. Only the portion of the order denying counsel is appealable now. *See Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1305 (9th Cir. 1981) (an order denying appointment of counsel in a Title VII action is an appealable collateral order). The scope of this appeal is therefore limited to reviewing the portion of the district court's September 21, 2021, order that denies the motion for appointment of counsel.

     Appellant's motions to extend time to file the opening brief and to consolidate will be addressed by separate order.

     Briefing is stayed pending further order of the court.

MF/Pro Se