UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTE L. VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS,<br><br>    Defendant. | Case No. 18-cv-07012-JCS<br><br>**ORDER REGARDING MOTION FOR TRANSCRIPT AT NO COST**<br><br>Re: Dkt. No. 189 |

Plaintiff Tonette Vazquez, proceeding pro se and in forma pauperis, moves for a copy of the transcript of the October 19, 2021 evidentiary hearing at no cost. Dkt. 189. That transcript has already been prepared at Defendant's request and expense. *See* dkts. 183 (order form); 187 (transcript). The Court finds that Ms. Vazquez cannot afford to pay for the transcript, but has shown no need for the transcript at this time. The Court has not yet issued an order resolving Defendants' motion to enforce a purported settlement, which is under submission and does not require further briefing. If the Court rules against Ms. Vazquez, she may need the transcript for appeal, but that has not yet been decided. Moreover, the transcript is scheduled to be released to the public docket at no charge on February 18, 2022, which will be well before the deadline for any appeal of the Court's decision. Ms. Vazquez has not shown good cause for a copy of the transcript to be provided before that date at the Court's expense.

Ms. Vazquez's motion is therefore DENIED at this time. If the Court grants the motion to enforce the settlement, the Court will ensure that Ms. Vazquez receives a copy of the transcript after it is released to the public docket.

**IT IS SO ORDERED.**

Dated: February 10, 2022

JOSEPH C. SPERO
Chief Magistrate Judge